**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SUMOTEXT CORP.,<br><br>  Plaintiff,<br><br>v.<br><br>ZOOVE, INC.,<br><br>  Defendant. | Case No. 18-mc-80161-BLF<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE CLOSED** |

On September 12, 2019, Mblox, Inc. filed a "Motion to Quash or Modify Subpoena and for Protective Order" in the United States District Court for the Northern District of Georgia, seeking relief from a subpoena issued in connection with a case pending before the undersigned, *Sumotext Corp. v. Zoove, Inc.,* Case Number 16-cv-01370-BLF. *See* ECF 1. The Georgia court transferred Mblox's motion to the United States District Court for the Northern District of California, where it was opened as *Sumotext Corp. v. Zoove, Inc.,* Case Number 18-mc-80161. *See* ECF 4.

The miscellaneous case initially was assigned to Magistrate Judge Elizabeth D. Laporte, and then reassigned to the undersigned as related to Case Number 16-cv-01370-BLF. *See* ECF 6, 7, 9. The undersigned referred Mblox's motion to quash to Magistrate Judge Nathanael M. Cousins, who heard the motion on October 24, 2018. *See* ECF 11, 13. Judge Cousins granted the motion in part and denied it in part "with compromise adopted as stated on record." *See* ECF 13.

Judge Cousins having resolved Mblox's motion, and nothing having been filed since October 2018, the parties are hereby ORDERED TO SHOW CAUSE in writing, on or before May 10, 2019, why this miscellaneous case should not be closed.

**IT IS SO ORDERED.**

Dated: April 26, 2019

_____
BETH LABSON FREEMAN
United States District Judge